UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Arabella Holzapfel,<br><br>    Plaintiff,<br><br>    v.<br><br>President and Fellows of Middlebury College,<br><br>    Defendant. | Civil Action No. 2:24–cv–820 |

## **ORDER**

    On or before September 25, 2024, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

    Dated at Burlington, in the District of Vermont, this 18th day of September 2024.

                                                      */s/ Kevin J. Doyle*
                                                      Kevin J. Doyle
                                                      United States Magistrate Judge